

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Bill S. Watkins
County Attorney
Llano County
Llano, Texas

Dear Sir:

Opinion No. O-3179
Re: Sufficiency of complaint
to charge violation of
Article 567b, Vernon's
Annotated Penal Code (Hot
Check Law).

This will be in reference to your letter of February 15 to Honorable Lawrence Bruhl, Member, House of Representatives, Austin, Texas, his letter of February 17 to this department, and our letter to Mr. Bruhl dated February 19, 1941. This correspondence concerns your request for the opinion of this Department as to the sufficiency of a form of complaint to charge a violation of Article 567b, Vernon's Annotated Penal Code - the Hot Check Law.

It is our opinion and you are advised that the complaint submitted is insufficient to charge a violation of Article 567b, Vernon's Annotated Penal Code, for the reasons set forth in McGinty vs. State, 93 Tex. Cr. Rep. 160, 245 S.W. 924; Whitehead vs. State (C. Cr. A., 1931) 35 S.W. (2d) 730; Mathis vs. State, 113 Tex. Cr. Rep. 164, 18 S.W. (2d) 920; Pruitt vs. State (C. Cr. A., 1918) 202 S.W. 81, and Greeson vs. State (C. Cr. A., 1941) 147 S.W. (2d) 804.

In accordance with your request we have prepared and are enclosing herewith forms of complaint which we deem sufficient to charge violations of Article 567b.

Your attention is particularly directed to Form 2 which is addressed to Section 2 of Article 567b - paying for

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Bill S. Watkins, page 2

goods, etc., theretofore received, by hot check. While it is
our opinion that Form 2 changes a violation of Section 2 of
Article 567b, in the language of the statute, we do not under-
take to advise the quantity or quality of proof necessary to
sustain the allegation of "intent to defraud." We make the
same observation with reference to Form 3 relative to property
covered by a lien.

APPROVED MAY 31, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Benjamin Woodall
Benjamin Woodall
Assistant

BW:db

Enclosures



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN